**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**FIRST FAMILY FINANCIAL SERVICES,
ET AL.,**                                                   **PLAINTIFFS,**

**VS.**                    **CIVIL ACTION NO. 2:02CV179-P**

**GARLAND ROBINSON,**                     **DEFENDANT.**

**FINAL JUDGMENT**

This matter comes before the court *sua sponte*. After due consideration of the posture of this case, the court finds as follows, to-wit:

In the related case *Garland Robinson, et al. v. First Family Financial Services, et. al.*, Cause Number 2:02cv179, this court entered an Order on April 24, 2004 adopting the report and recommendation of the U.S. Magistrate Judge that Garland Robinson's claims should be dismissed for failure to prosecute. Therefore, the instant petition to compel arbitration of Garland Robinson's claims against First Family Financial Services, et al. in 2:02cv179 should be dismissed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiffs' claims should be **DISMISSED WITH PREJUDICE** against the defendant; therefore this case is **CLOSED**.

**SO ORDERED** this the 17th day of August, A.D., 2006.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE